**The COMMONWEALTH Court of Pennsylvania (Harrisburg Division), Respondent**

**No. 55 EM 2017**

Supreme Court of Pennsylvania.

July 5, 2017

## ORDER

PER CURIAM

AND NOW, this 5th day of July, 2017, the Application for Leave to File Original Process and the Application for Leave to File a Response are **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**

---

**INFINITY SELECT INSURANCE COMPANY, Petitioner**

v.

**Tarrie FLEMING, Ivy Shelby Pate, Steven L. Pate and Duan Williams, Respondents**

**No. 37 EAL 2017**

Supreme Court of Pennsylvania.

July 5, 2017.

## ORDER

PER CURIAM

**AND NOW**, this 5th day of July, 2017, the Petition for Allowance of Appeal is **DENIED**.